| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PR Diamond Products, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Brand X Blades** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-0240405** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**6625 S. Valley View Blvd., Ste. 114-116**<br>**Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.prdiamond.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **PR Diamond Products, Inc.**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__3322__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **PR Diamond Products, Inc.** Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **PR Diamond Products, Inc.** Case number (*if known*)
Name

| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **PR Diamond Products, Inc.**     Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2025**
                      MM / DD / YYYY

**X /s/ Leo Schafer**                         **Leo Schafer**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Matthew C. Zirzow**               Date **April 25, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**      Email address   **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PR Diamond Products, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service** **Attn: Bankruptcy Dept/Managing Agent** **P.O. Box 7346** **Philadelphia, PA 19101** | | **Payroll Taxes/SS/FICA Back Tax** | **Contingent Unliquidated Disputed** | | | $750,000.00 |
| **ICS Blount Inc. aka Oregon Tool** **Attn: Bankruptcy Dept/Managing Agent** **PO Box 404298** **Atlanta, GA 30384** | | **Vendor** | | | | $131,210.99 |
| **Fox Business Funding** **Attn: Bankruptcy/Leg Dept** **803 S 21st Ave, Hollywood, FL 33020** | | **Accounts** | **Contingent Unliquidated Disputed** | $123,230.06 | $0.00 | $123,230.06 |
| **American Express** **Attn: Bankruptcy Dept. / Managing Agent** **P.O. Box 69001** **Los Angeles, CA 90096-8000** | | **Credit card** | | | | $116,318.00 |
| **Stemar Equipment & Supply Co., Inc.** **Attn: Bankruptcy Dept/Managing Agent** **353 S. Central Ave.** **Los Angeles, CA 90013** | | **Services** | | | | $81,772.40 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

| Debtor | PR Diamond Products, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pioneer Tools**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**13420 12th St.**<br>**Chino, CA 91710** | | **Vendor** | | | | **$77,561.35** |
| **Nevada Dept. of Taxation**<br>**Attn: Bankruptcy Section**<br>**3850 Arrowhead Dr. 2nd Fl**<br>**Carson City, NV 89706** | | **State Taxes** | | | | **$68,166.56** |
| **Husqvarna Construction**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 2771**<br>**Carol Stream, IL 60132** | | **Services** | | | | **$39,866.61** |
| **General Tool, Inc**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2025 Alton Parkway**<br>**Irvine, CA 92606** | | **Vendor** | | | | **$38,120.24** |
| **Advantage Its**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 1376**<br>**Logandale, NV 89021** | | **Services** | | | | **$30,847.92** |
| **CA Dept of Taxation & Fee Admin**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | | **State Taxes** | **Disputed** | | | **$18,787.51** |
| **K2 Diamond**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**23911 Garnier St. #C**<br>**CA 90500** | | **Vendor** | | | | **$16,345.24** |

| Debtor | PR Diamond Products, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BKM**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**3450 Sabin Brown Rd.**<br>**Newport Beach, CA 92660** | | **Services** | | | | **$15,958.02** |
| **Leo Schafer**<br>**4495 W. Sunset Rd.**<br>**Las Vegas, NV 89118** | | **Payroll Owed** | | | | **$11,366.33** |
| **GG Coaches, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**10968 Merito Court**<br>**Las Vegas, NV 89135** | | **Services** | | | | **$10,250.00** |
| **Garret Anderson** | | **Employee Expenses** | | | | **$9,430.98** |
| **Connie Quick** | | **Payroll Owed** | | | | **$9,014.84** |
| **Vegas Industrial I VVBC IV 923, LLC**<br>**c/o InvestCorp Int'l Realty Inc.**<br>**Attn: Bankruptcy/Legal Dep't**<br>**280 Park Ave.**<br>**New York, NY 10017** | | **Rent arrearages** | **Disputed** | | | **$7,979.01** |
| **Tool Gal USA**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**283-A Tribble St.**<br>**Elberton, GA 30635** | | **Services** | | | | **$7,871.47** |
| **Pennsylvania Dept. of Taxation**<br>**Attn: Managing Agent**<br>**P.O. Box 280406**<br>**Harrisburg, PA 17128-0406** | | **State Taxes** | **Disputed** | | | **$7,209.09** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

| | | |
|---|---|---|
| PR Diamond Products, Inc.<br>6625 S. Valley View Blvd., Ste. 114-116<br>Las Vegas, NV 89118 | Internal Revenue Service<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>P.O. Box 551220<br>Las Vegas, NV 89155 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155 | Dept. of Empl, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Social Security Administration<br>Office of the General Counsel<br>Office of Program Lit. Attn: Bankrup<br>6401 Security Blvd.<br>Baltimore, MD 21235 |
| Nevada Dept. of Taxation<br>Attn: Bankruptcy Section<br>700 E. Warm Spring Rd. Ste 200<br>Las Vegas, NV 89119 | U.S. Small Business Administration<br>Attn: Bankruptcy Dept/Managing Agent<br>409 3rd St., SW<br>Washington, DC 20416 | Advantage Its<br>Attn: Bankruptcy Dept/Managing Age<br>PO Box 1376<br>Logandale, NV 89021 |
| American Express<br>Attn: Bankruptcy Dept. / Managing Agent<br>P.O. Box 69001<br>Los Angeles, CA 90096-8000 | American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 981540<br>El Paso, TX 79998 | Bannerview.com<br>Attn: Bankruptcy Dept/Managing Age<br>405 Altamira Rd.<br>Las Vegas, NV 89145 |
| Benner Newman Products<br>Attn: Bankruptcy Dept/Managing Agent<br>3450 Sabin Brown Rd.<br>Wickenburg, AZ 85390 | BKM<br>Attn: Bankruptcy Dept/Managing Agent<br>3450 Sabin Brown Rd.<br>Newport Beach, CA 92660 | BKM Management |
| CA Dept of Taxation & Fee Admin<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 942879<br>Sacramento, CA 94279 | Capital One<br>Attn: Bankruptcy Dept/Managing Agent<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3491 | Clark County Credit Union<br>Attn: Bankruptcy Dept/Managing Age<br>P.O. Box 36490<br>Las Vegas, NV 89133-6490 |
| Clark County Credit Union<br>Attn: Bankruptcy/Legal Dep't<br>2625 N. Tenaya Way<br>Las Vegas, NV 89128 | Connie Quick | CT Corp. Systems, as Rep.<br>330 N. Brand Blvs., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203 |
| DLR Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 520382<br>Salt Lake City, UT 84152 | DMKA LLC<br>d/b/a The Smarter Merchant<br>Attn: Bankruptcy Dep't/Managing Agent<br>345 7th Ave. Ste. 801<br>New York, NY 10001 | DMKA LLC aka The Smarter Merc<br>c/o Giuliano Law PC<br>Attn: Anthony Giuliano, Esq.<br>445 Broadhollow Rd., #25<br>Melville, NY 11747-3645 |
| DMKA LLC d/b/a The Smarter Merchant<br>Attn: Bankruptcy/Legal Dep't<br>485 Court Ave.<br>Cedarhurst, NY 11516 | Eastmont Tools<br>Attn: Bankruptcy Dept/Managing Agent<br>6939 Schaefer Ave Ste D #303<br>Chino, CA 91710 | Forte Tools Inc.<br>Attn: Bankruptcy Dept/Managing Age<br>517 Florence Ave.<br>Monterey Park, CA 91755 |
| Fox Business Funding<br>Attn: Bankruptcy/Leg Dept<br>803 S 21st Ave,<br>Hollywood, FL 33020 | Fox Business Funding<br>Attn: Bankruptcy/Legal Dep't<br>801 S 21st Ave.<br>Hollywood, FL 33020 | Fox Business Funding<br>c/o Korn Tax Law PLLC,<br>as Representative<br>801 S 21st Ave<br>Hollywood, FL 33020 |

Fox Business Funding
c/o Tyler B. Korn, Esq.
5150 Tamiami Trail B, Suite 302
Naples, FL 34103

Freeman
Attn: Bankruptcy Dept/Managing Agent
6555 W Sunset Rd.
Las Vegas, NV 89118

Garret Anderson

General Tool, Inc
Attn: Bankruptcy Dept/Managing Agent
2025 Alton Parkway
Irvine, CA 92606

GG Coaches, LLC
Attn: Bankruptcy Dept/Managing Agent
10968 Merito Court
Las Vegas, NV 89135

Husqvarna Construction
Attn: Bankruptcy Dept/Managing Age
PO Box 2771
Carol Stream, IL 60132

ICS Blount Inc. aka Oregon Tool
Attn: Bankruptcy Dept/Managing Agent
PO Box 404298
Atlanta, GA 30384

K2 Diamond
Attn: Bankruptcy Dept/Managing Agent
23911 Garnier St. #C
CA 90500

Leo Schafer
4495 W. Sunset Rd.
Las Vegas, NV 89118

Mike Scaramuzzi

Nevada Dept. of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr. 2nd Fl
Carson City, NV 89706

New Grind aka MNP LTD
Attn: Bankruptcy Dept/Managing Age
103B-81 Golden Dr.
Coquitlam, BC V3K6R2

Opentex
c/o JP Morgan Lockbox
24685 Network Place
Chicago, IL 60673

Pennsylvania Dept. of Taxation
Attn: Managing Agent
P.O. Box 280406
Harrisburg, PA 17128-0406

Pioneer Tools
Attn: Bankruptcy Dept/Managing Age
13420 12th St.
Chino, CA 91710

Procut Tool
Attn: Bankruptcy Dept/Managing Agent
4668 Mission Blvd.
Montclair, CA 91763

SH Trading Inc.
Attn: Bankruptcy Dept/Managing Agent
900 S Ajax Ave.
Rowland Heights, CA 91748

Snell & Wilmer LLP
Attn: Bankruptcy Dept/Managing Age
One Arizona Center
Phoenix, AZ 85004

SPS Commerce, Inc.
Attn: Bankruptcy Dept/Managing Agent
PO Box 205782
Dallas, TX 75320

Stemar Equipment & Supply Co., Inc.
Attn: Bankruptcy Dept/Managing Agent
353 S. Central Ave.
Los Angeles, CA 90013

Tool Gal USA
Attn: Bankruptcy Dept/Managing Age
283-A Tribble St.
Elberton, GA 30635

U-Line
Attn: Bankruptcy Dept/Managing Agent
PO Box 88741
Chicago, IL 60680

UPS
Attn: Bankruptcy Dept/Managing Agent
PO Box 650116

Vantage Products
Attn: Bankruptcy Dept/Managing Age
PO Box 2261
Walnut, CA 91788

Vegas Industrial I VVBC IV 923, LLC
Attn: Bankruptcy Dept/Managing Agent
6280 S. Valley View Blvd., Ste. 106
Las Vegas, NV 89118

Vegas Industrial I VVBC IV 923, LLC
c/o InvestCorp Int'l Realty Inc.
Attn: Bankruptcy/Legal Dep't
280 Park Ave.
New York, NY 10017

Vegas VV I LL, LLC
Attn: H. Herbert Myers, Manager
280 Park Ave., 36W
New York, NY 10017

Vegas VV I LL, LLC
c/o Corporation Service Co.,
as Registered Agent
112 N. Curry St.
Carson City, NV 89703

Worldwide Express
Attn: Bankruptcy Dept/Managing Agent
29228 Network Express
Chicago, IL 60673

# United States Bankruptcy Court
## District of Nevada

In re  **PR Diamond Products, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PR Diamond Products, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2025**  
Date

**/s/ Matthew C. Zirzow**  
**Matthew C. Zirzow 7222**  
Signature of Attorney or Litigant  
Counsel for **PR Diamond Products, Inc.**  
Larson & Zirzow, LLC  
850 E. Bonneville Ave.  
Las Vegas, NV 89101  
702-382-1170 Fax:702-382-1169  
mzirzow@lzlawnv.com

**CERTIFICATE OF RESOLUTIONS OF
PR DIAMOND PRODUCTS, INC.
a Nevada corporation**

The undersigned, being the sole officers and directors of PR DIAMOND PRODUCTS, INC., a Nevada corporation (the "Company"), hereby approve and adopt the following resolutions effective as of April 25, 2025:

RESOLVED that in the judgment of the undersigned, and upon the advice of bankruptcy counsel, it is desirable and in the best interests of the Company and its creditors and parties in interest that a voluntary petition for relief be filed under chapter 11, subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that LEO SCHAFER (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approves this written consent as of the date first above written.

PR DIAMOND PRODUCTS, INC.,
a Nevada corporation:

By: __/s/ Leo Schafer_____  By: __/s/ Katie Schafer_____
    Leo Schafer, as                                Katie Schafer,
    President, Treasurer & Director          as Treasurer & Director