**Fill in this information to identify the case:**

Debtor name  PR Diamond Products, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  25-12370-nmc

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 9, 2025       **X**  /s/ Leo Schafer
                                       Signature of individual signing on behalf of debtor

                                       Leo Schafer
                                       Printed name

                                       President
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | PR Diamond Products, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | 25-12370-nmc |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | Payroll Taxes/SS/FICA Back Tax | Unliquidated Disputed | | | $750,000.00 |
| ICS Blount Inc. aka Oregon Tool Attn: Bankruptcy Dept/Managing Agent PO Box 404298 Atlanta, GA 30384 | | Vendor | | | | $131,210.99 |
| Fox Business Funding Attn: Bankruptcy/Leg Dept 803 S 21st Ave, Hollywood, FL 33020 | | Accounts | Contingent Unliquidated Disputed | $123,230.06 | $0.00 | $123,230.06 |
| American Express Attn: Bankruptcy Dept. / Managing Agent P.O. Box 69001 Los Angeles, CA 90096-8000 | | Credit card | | | | $116,318.00 |
| Stemar Equipment & Supply Co., Inc. Attn: Bankruptcy Dept/Managing Agent 353 S. Central Ave. Los Angeles, CA 90013 | | Services | | | | $81,772.40 |
| Pioneer Tools Attn: Bankruptcy Dept/Managing Agent 13420 12th St. Chino, CA 91710 | | Vendor | | | | $77,561.35 |

Debtor  PR Diamond Products, Inc.                          Case number *(if known)*  25-12370-nmc
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nevada Dept. of Taxation Attn: Bankruptcy Section 3850 Arrowhead Dr. 2nd Fl Carson City, NV 89706 | | State Taxes | Unliquidated Disputed | | | $68,166.56 |
| Husqvarna Construction Attn: Bankruptcy Dept/Managing Agent PO Box 2771 Carol Stream, IL 60132 | | Services | | | | $39,866.61 |
| General Tool, Inc Attn: Bankruptcy Dept/Managing Agent 2025 Alton Parkway Irvine, CA 92606 | | Vendor | | | | $38,120.24 |
| Advantage Its Attn: Bankruptcy Dept/Managing Agent PO Box 1376 Logandale, NV 89021 | | Services | | | | $30,847.92 |
| CA Dept of Taxation & Fee Admin Attn: Bankruptcy Dept/Managing Agent PO Box 942879 Sacramento, CA 94279 | | State Taxes | Disputed | | | $18,787.51 |
| K2 Diamond Attn: Bankruptcy Dept/Managing Agent 23911 Garnier St. #C CA 90500 | | Vendor | | | | $16,345.24 |
| BKM Attn: Bankruptcy Dept/Managing Agent 3450 Sabin Brown Rd. Newport Beach, CA 92660 | | Services | | | | $15,958.02 |
| Leo Schafer 6625 S. Valley View Blvd., #114 Las Vegas, NV 89118 | | Payroll Owed | | | | $11,366.33 |

| Debtor | PR Diamond Products, Inc. | | | Case number *(if known)* | 25-12370-nmc | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GG Coaches, LLC Attn: Bankruptcy Dept/Managing Agent 10968 Merito Court Las Vegas, NV 89135 | | Services | | | | $10,250.00 |
| Garret Anderson c/o PR Diamond Products, Inc. 6625 S. Valley View Blvd., #114 Las Vegas, NV 89118 | | Employee Expenses | | | | $9,430.98 |
| Connie Quick c/o PR Diamond Products, Inc. 6625 S. Valley View Blvd., #114 Las Vegas, NV 89118 | | Payroll Owed | | | | $9,014.84 |
| Vegas Industrial I VVBC IV 923, LLC c/o InvestCorp Int'l Realty Inc. Attn: Bankruptcy/Legal Dep't 280 Park Ave. New York, NY 10017 | | Rent arrearages | Disputed | | | $7,979.01 |
| Tool Gal USA Attn: Bankruptcy Dept/Managing Agent 283-A Tribble St. Elberton, GA 30635 | | Services | | | | $7,871.47 |
| Pennsylvania Dept. of Taxation Attn: Managing Agent P.O. Box 280406 Harrisburg, PA 17128-0406 | | State Taxes | Disputed | | | $7,209.09 |

| Fill in this information to identify the case: |
|---|

Debtor name     PR Diamond Products, Inc.

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     25-12370-nmc

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $                    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................   $            120,289.18

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $            120,289.18

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $          1,095,307.06

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $            882,941.31

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$            615,573.74

4.   Total liabilities .........................................................................................
   Lines 2 + 3a + 3b

   $          2,593,822.11

**Fill in this information to identify the case:**

Debtor name    PR Diamond Products, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-12370-nmc

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of Nevada | Checking | 9901 | $0.00 |
| 3.2. | Bank of Nevada | ACH Acct. | 9951 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $0.00 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | BKM Management (Property Manager)- Lease deposit | $8,736.00 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   PR Diamond Products, Inc.
Name

Case number *(If known)*  25-12370-nmc

Description, including name of holder of prepayment

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $8,736.00 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:  55,948.18  -  0.00  = ....  $55,948.18
face amount   doubtful or uncollectible accounts

11b. Over 90 days old:  3,203.40  -  3,203.40  =....  $0.00
face amount   doubtful or uncollectible accounts

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $55,948.18 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Various inventory of diamond saw blades, and core drill bits | | $0.00 | Appraisal | $24,500.00 |

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $24,500.00 |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Debtor    PR Diamond Products, Inc.    Case number *(If known)* 25-12370-nmc
_____Name_____

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Various computer tables, filing cabinets and chairs; refrigerator, toaster oven, coffee machine, and paper shredder | $0.00 | Appraisal | $1,805.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Server, CPU's, phones, and software; various printers/scanners | $50,000.00 | Appraisal | $2,220.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                   | $4,025.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    PR Diamond Products, Inc.                                    Case number *(If known)*  25-12370-nmc
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
| 2007 Komatsu forklift, Model FG25ST-16 SER#<br>215081A | $20,000.00 | Appraisal | $6,000.00 |
| Various ladders, wire shelving, utility carts, dollies,<br>brazing station, pallet racks, and misc. new and<br>used parts | $0.00 | Appraisal | $4,460.00 |
| Various scales, saws/chopsaws/skillsaws, drill<br>presses, demolition hammer, and vacuums, | $0.00 | Appraisal | $11,620.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $22,080.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    PR Diamond Products, Inc.                                    Case number *(If known)*  25-12370-nmc
          Name

| 55.1. | Premises located at 6625 S. Valley View Blvd., Stes. 114-116, Las Vegas, Nevada 89118; apprx. 3,749 sq ft, located in an industrial business park consisting of four (4) buildings and totatling apprx. 120,722 sq. ft. | Lessee | $0.00 | | $0.00 |

**56.**  **Total of Part 9.**                                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** **Patents, copyrights, trademarks, and trade secrets** One Blade and We Got-Ya! US Serial No.: 77068956 | $0.00 | | Unknown |
| PR Diamond Products, Inc. US Serial No.: 77068955 | $0.00 | | Unknown |
| PR Diamond Products, Inc. One Blade and We Got Ya! US Serial No.: 77371288 | $0.00 | | Unknown |
| **61.** **Internet domain names and websites** www.prdiamond.com | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** PR Diamonds Inc. clients and leads | $0.00 | | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    PR Diamond Products, Inc.                                    Case number *(If known)*  25-12370-nmc
          Name

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

          Add lines 60 through 65. Copy the total to line 89.

          | $0.00 |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
          ■ No
          ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
          ■ No
          ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | Federal Tax Refund                     Tax year 2023 | Unknown |
| | Federal Tax Refund                     Tax year 2022 | Unknown |
| | Federal Tax Refund                     Tax year 2021 | Unknown |
| **73.** | **Interests in insurance policies or annuities** The Hartford: General Liability, Automobile Liability, and Umbrella Liability.  Policy No. *8276 | $0.00 |
| | Nevada Retail Network Self Insured Group-Workers' Compensation Policy No. *25-01 | $0.00 |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | Subtenant did not pay the rent - no case filed. | $5,000.00 |
| | **Nature of claim** **Amount requested**              $10,000.00 | |

Debtor   PR Diamond Products, Inc.                                    Case number *(If known)*  25-12370-nmc
_____
Name

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $5,000.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor    PR Diamond Products, Inc.                                Case number *(If known)*  25-12370-nmc
_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,736.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $55,948.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,025.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,080.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $120,289.18 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $120,289.18 |

**Fill in this information to identify the case:**

Debtor name ___PR Diamond Products, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___25-12370-nmc___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Clark County Credit Union** | | $972,077.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 36490
Las Vegas, NV 89133-6490
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All inventory, chattel paper, accounts, equipment, general intangibles and fixtures.

**Describe the lien**
UCC 2018020786-7

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
7/23/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | CT Corp. Systems, as Rep. | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

330 N. Brand Blvs., Suite 700
Attn: SPRS
Glendale, CA 91203
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Accounts receivable

**Describe the lien**
UCC 2024384421-3

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2/9/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    PR Diamond Products, Inc.
_____
Name

Case number (if known)    25-12370-nmc
_____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | CT Corp. Systems, as Rep. |
|---|---|

Creditor's Name

330 N. Brand Blvs., Suite 700
Attn: SPRS
Glendale, CA 91203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/31/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All personal property.

**Describe the lien**
UCC 2025453100-5
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Unknown          Unknown

---

| 2.4 | DLR Inc. |
|---|---|

Creditor's Name

Attn: Bankruptcy
Dept/Managing Agent
P.O. Box 520382
Salt Lake City, UT 84152
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/11/2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts receivables.

**Describe the lien**
UCC  2019045324-4
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Unknown          Unknown

---

| 2.5 | DMKA LLC |
|---|---|

Creditor's Name

d/b/a The Smarter Merchant
Attn: Bankruptcy
Dep't/Managing Agent
345 7th Ave. Ste. 801
New York, NY 10001
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Furture receivables and customer's cash, and any form of electronic payments

**Describe the lien**

Unknown          Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Debtor | PR Diamond Products, Inc. | Case number (if known) | 25-12370-nmc |
|---|---|---|---|
| | Name | | |

UCC

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

5/19/2023

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | Fox Business Funding | Describe debtor's property that is subject to a lien | $123,230.06 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy/Leg Dept
803 S 21st Ave,
Hollywood, FL 33020

Creditor's mailing address

Accounts

**Describe the lien**

MCA Loan

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

10/2024

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,095,307.06 |
|---|---|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Clark County Credit Union<br>Attn: Bankruptcy/Legal Dep't<br>2625 N. Tenaya Way<br>Las Vegas, NV 89128 | Line  2.1 | |
| DMKA LLC aka The Smarter Merchant<br>c/o Giuliano Law PC<br>Attn: Anthony Giuliano, Esq.<br>445 Broadhollow Rd., #25<br>Melville, NY 11747-3645 | Line  2.5 | |

---

| Debtor | PR Diamond Products, Inc. | Case number (if known) | 25-12370-nmc |
|---|---|---|---|
| | Name | | |

DMKA LLC d/b/a The Smarter Merchant
Attn: Bankruptcy/Legal Dep't
485 Court Ave.
Cedarhurst, NY 11516

Line  2.5

---

Fox Business Funding
Attn: Bankruptcy/Legal Dep't
801 S 21st Ave.
Hollywood, FL 33020

Line  2.6

---

Fox Business Funding
c/o Tyler B. Korn, Esq.
5150 Tamiami Trail B, Suite 302
Naples, FL 34103

Line  2.6

---

Fox Business Funding
c/o Korn Tax Law PLLC,
as Representative
801 S 21st Ave
Hollywood, FL 33020

Line  2.6

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>PR Diamond Products, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td>25-12370-nmc</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CA Dept of Taxation & Fee Admin<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 942879<br>Sacramento, CA 94279 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $18,787.51 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>State Taxes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>Connie Quick<br>c/o PR Diamond Products, Inc.<br>6625 S. Valley View Blvd., #114<br>Las Vegas, NV 89118 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,014.84 | $9,014.84 |
| Date or dates debt was incurred | Basis for the claim:<br>Payroll Owed |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

31449

| Debtor | PR Diamond Products, Inc. | | Case number (if known) | 25-12370-nmc |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,897.77 | $5,897.77 |
|---|---|---|---|---|

**2.3**
Priority creditor's name and mailing address
Garret Anderson
c/o PR Diamond Products, Inc.
6625 S. Valley View Blvd., #114
Las Vegas, NV 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,897.77    $5,897.77

Date or dates debt was incurred

Basis for the claim:
Payroll Owed

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4**
Priority creditor's name and mailing address
Garret Anderson
c/o PR Diamond Products, Inc.
6625 S. Valley View Blvd., #114
Las Vegas, NV 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,430.98    $9,430.98

Date or dates debt was incurred

Basis for the claim:
Employee Expenses

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5**
Priority creditor's name and mailing address
Internal Revenue Service
Attn: Bankruptcy Dept/Managing
Agent
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

$750,000.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Payroll Taxes/SS/FICA Back Tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**
Priority creditor's name and mailing address
Leo Schafer
6625 S. Valley View Blvd., #114
Las Vegas, NV 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,366.33    $11,366.33

Date or dates debt was incurred

Basis for the claim:
Payroll Owed

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | PR Diamond Products, Inc. | Case number (if known) | 25-12370-nmc |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,068.23 | $3,068.23 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
Mike Scaramuzzi
c/o PR Diamond Products, Inc.
6625 S. Valley View Blvd., #114
Las Vegas, NV 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,068.23    $3,068.23

Date or dates debt was incurred

Basis for the claim:
Payroll Owed

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
Nevada Dept. of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr. 2nd Fl
Carson City, NV 89706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$68,166.56    $68,166.56

Date or dates debt was incurred

Basis for the claim:
State Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
Pennsylvania Dept. of Taxation
Attn: Managing Agent
P.O. Box 280406
Harrisburg, PA 17128-0406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$7,209.09    $7,209.09

Date or dates debt was incurred

Basis for the claim:
State Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Advantage Its
Attn: Bankruptcy Dept/Managing Agent
PO Box 1376
Logandale, NV 89021

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,847.92

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | PR Diamond Products, Inc. | | Case number (if known) | 25-12370-nmc |
|---|---|---|---|---|
| | Name | | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116,318.00**

American Express
Attn: Bankruptcy Dept. / Managing Agent
P.O. Box 69001
Los Angeles, CA 90096-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2015_

**Basis for the claim:**  _Credit card_

Last 4 digits of account number  _6009_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$467.55**

Bannerview.com
Attn: Bankruptcy Dept/Managing Agent
405 Altamira Rd.
Las Vegas, NV 89145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _Services_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,669.65**

Benner Newman Products
Attn: Bankruptcy Dept/Managing Agent
3450 Sabin Brown Rd.
Wickenburg, AZ 85390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _Vendor_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,958.02**

BKM
Attn: Bankruptcy Dept/Managing Agent
3450 Sabin Brown Rd.
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _Services_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,995.18**

Capital One
Attn: Bankruptcy Dept/Managing Agent
1680 Capital One Drive
Mc Lean, VA 22102-3491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2019_

**Basis for the claim:**  _Credit card_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,367.64**

Eastmont Tools
Attn: Bankruptcy Dept/Managing Agent
6939 Schaefer Ave Ste D #303
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _Vendor_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,460.00**

Forte Tools Inc.
Attn: Bankruptcy Dept/Managing Agent
517 Florence Ave.
Monterey Park, CA 91755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _Vendor_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | PR Diamond Products, Inc. | Case number (if known) | 25-12370-nmc |
|---|---|---|---|
| | Name | | |

---

**3.9** **Nonpriority creditor's name and mailing address**

Freeman
Attn: Bankruptcy Dept/Managing Agent
6555 W Sunset Rd.
Las Vegas, NV 89118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$3,142.95

---

**3.10** **Nonpriority creditor's name and mailing address**

General Tool, Inc
Attn: Bankruptcy Dept/Managing Agent
2025 Alton Parkway
Irvine, CA 92606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$38,120.24

---

**3.11** **Nonpriority creditor's name and mailing address**

GG Coaches, LLC
Attn: Bankruptcy Dept/Managing Agent
10968 Merito Court
Las Vegas, NV 89135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$10,250.00

---

**3.12** **Nonpriority creditor's name and mailing address**

Husqvarna Construction
Attn: Bankruptcy Dept/Managing Agent
PO Box 2771
Carol Stream, IL 60132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$39,866.61

---

**3.13** **Nonpriority creditor's name and mailing address**

ICS Blount Inc. aka Oregon Tool
Attn: Bankruptcy Dept/Managing Agent
PO Box 404298
Atlanta, GA 30384

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$131,210.99

---

**3.14** **Nonpriority creditor's name and mailing address**

K2 Diamond
Attn: Bankruptcy Dept/Managing Agent
23911 Garnier St. #C
 CA 90500

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$16,345.24

---

**3.15** **Nonpriority creditor's name and mailing address**

New Grind aka MNP LTD
Attn: Bankruptcy Dept/Managing Agent
103B-81 Golden Dr.
Coquitlam, BC V3K6R2

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$3,057.70

---

| Debtor | PR Diamond Products, Inc. | | Case number (if known) | 25-12370-nmc |
|---|---|---|---|---|
| | Name | | | |

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,157.69**

Opentex
c/o JP Morgan Lockbox
24685 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Oregon Tool, Inc.
c/o Dubowsky Law Office, Chtd.
Attn: Peter Dubowsky, Esq.
300 S. Fourth Street, Ste. 1020
Las Vegas, NV 89101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred**  2024

**Basis for the claim:**  Pending litigation in Eighth Judicial Court; Case No. A-24-902778-C

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77,561.35**

Pioneer Tools
Attn: Bankruptcy Dept/Managing Agent
13420 12th St.
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,244.39**

Procut Tool
Attn: Bankruptcy Dept/Managing Agent
4668 Mission Blvd.
Montclair, CA 91763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,521.23**

SH Trading Inc.
Attn: Bankruptcy Dept/Managing Agent
900 S Ajax Ave.
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,853.19**

Snell & Wilmer LLP
Attn: Bankruptcy Dept/Managing Agent
One Arizona Center
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Legal Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$476.40**

SPS Commerce, Inc.
Attn: Bankruptcy Dept/Managing Agent
PO Box 205782
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PR Diamond Products, Inc. | | Case number (if known) | 25-12370-nmc |
|---|---|---|---|---|
| | Name | | | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81,772.40 |
|---|---|---|---|
| | Stemar Equipment & Supply Co., Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>353 S. Central Ave.<br>Los Angeles, CA 90013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,871.47 |
|---|---|---|---|
| | Tool Gal USA<br>Attn: Bankruptcy Dept/Managing Agent<br>283-A Tribble St.<br>Elberton, GA 30635 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $225.13 |
|---|---|---|---|
| | U-Line<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 88741<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $127.80 |
|---|---|---|---|
| | UPS<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 650116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $135.20 |
|---|---|---|---|
| | Vantage Products<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 2261<br>Walnut, CA 91788 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,979.01 |
|---|---|---|---|
| | Vegas Industrial I VVBC IV 923, LLC<br>c/o InvestCorp Int'l Realty Inc.<br>Attn: Bankruptcy/Legal Dep't<br>280 Park Ave.<br>New York, NY 10017 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Rent arrearages | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,570.79 |
|---|---|---|---|
| | Worldwide Express<br>Attn: Bankruptcy Dept/Managing Agent<br>29228 Network Express<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | PR Diamond Products, Inc. | Case number (if known) | 25-12370-nmc |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 981540<br>El Paso, TX 79998 | Line  3.2 <br>☐ Not listed. Explain ____ | _ |
| 4.2 | Vegas VV I LL, LLC<br>Attn: H. Herbert Myers, Manager<br>280 Park Ave., 36W<br>New York, NY 10017 | Line  3.28 <br>☐ Not listed. Explain ____ | _ |
| 4.3 | Vegas VV I LL, LLC<br>c/o Corporation Service Co.,<br>as Registered Agent<br>112 N. Curry St.<br>Carson City, NV 89703 | Line  3.28 <br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                882,941.31 |
| 5b. Total claims from Part 2 | 5b.  + | $                615,573.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $            1,498,515.05 |

**Fill in this information to identify the case:**

Debtor name ___PR Diamond Products, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___25-12370-nmc___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Notice party for Commerical Lease for premises located at 6625 S. Valley View Blvd., Unit 114-116, Las Vegas, Nevada 89118<br><br>BKM Management Group LP<br>c/o BKM GPMM, Inc., General Partner<br>1701 Quail Street, Ste. 100<br>Newport Beach, CA 92660 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Notice party for Commerical Lease for premises located at 6625 S. Valley View Blvd., Unit 114-116, Las Vegas, Nevada 89118<br><br>BKM Management Group LP<br>c/o BKM -206 GPMM, Inc., General Partner<br>1701 Quail Street, Ste. 100<br>Newport Beach, CA 92660 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Workers' Compensation Policy *25-01<br><br>Nevada Retail Network<br>Self Insured Group<br>575 S. Saliman Rd.<br>Carson City, NV 89701 |

| Debtor 1 | PR Diamond Products, Inc. | | Case number (*if known*) | 25-12370-nmc |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy including General Liability, Automobile Liability, and Umbrella Liability; Policy No. *8276 | |
|---|---|---|---|
| | State the term remaining | | The Hartford Business Service Center 3600 Wiseman Blvd. San Antonio, TX 78251 |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease for premises located at 6625 S. Valley View Blvd., Stes. 114-116 | |
|---|---|---|---|
| | State the term remaining | | Vegas Industrial I TT, LLC Attn: H. Herbert Myers c/o Investcorp 280 Park Avenue, 36W New York, NY 10017 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    PR Diamond Products, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    25-12370-nmc

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Katie Schafer | 6625 S. Valley View Blvd. #114<br>Las Vegas, NV 89118 | Clark County Credit Union | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Katie Schafer | 6625 S. Valley View Blvd. #114<br>Las Vegas, NV 89118 | Fox Business Funding | ■ D    2.6<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Leo Schafer | 6625 S. Valley View Blvd., #114<br>Las Vegas, NV 89118 | Clark County Credit Union | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Leo Schafer | 6625 S. Valley View Blvd., #114<br>Las Vegas, NV 89118 | Fox Business Funding | ■ D    2.6<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Katie Schafer | 4495 W. Sunset Rd.<br>Las Vegas, NV 89118 | Vegas Industrial I TT, LLC | ☐ D _____<br>☐ E/F _____<br>■ G    2.5 |

| Debtor | PR Diamond Products, Inc. | Case number *(if known)* | 25-12370-nmc |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| 2.6 | Leo Schafer | 4495 W. Sunset Rd.<br>Las Vegas, NV 89118 | Vegas Industrial I TT, LLC | ☐ D _____<br>☐ E/F _____<br>■ G  2.5 |

**Fill in this information to identify the case:**

Debtor name __PR Diamond Products, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __25-12370-nmc__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For prior year: From 10/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $747,573.83 |
| For year before that: From 10/01/2023 to  9/30/2024 | ■ Operating a business<br>☐ Other _____ | $2,389,726.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See Exhibit SoFA #3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | PR Diamond Products, Inc. | Case number *(if known)* | 25-12370-nmc |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Oregon Tool, Inc. v. PR Diamond Products, INc. et al<br>A-24-902778-C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Pear, LLC v. PR Diamond Products, Inc.<br>A-24-897856-C | Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    PR Diamond Products, Inc.                                    Case number (if known)   25-12370-nmc

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Candlelighters for Children | Cash | 5/30/2023 | $2,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |
| 9.2. | Hermosa Bch Education Foundation | Cash | 9/29/2023 | $1,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | Larson & Zirzow received a retainer in the amount of $30,000.00 and applied $4,855.50 for prepetition fees and costs, inlcuding the filing fee for the case. L&Z holds the remaining funds in the amount of $24,142.50 to secure payment of future fees and cost as may be allowed by the Bankruptcy Court pursuant to the normal fee application process. | | |
| | Larson & Zirzow, LLC<br>Attn: Matthew C. Zirzow, Esq.<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 | | 4/9/2025 | $4,855.50 |
| | **Email or website address**<br>mzirzow@lzlawnv.com | | | |
| | **Who made the payment, if not debtor?**<br>Leo & Katie Schafer | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor    PR Diamond Products, Inc.    Case number *(if known)*  25-12370-nmc

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    PR Diamond Products, Inc.                                          Case number *(if known)*  25-12370-nmc

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | PR Diamond Products, Inc. | Case number *(if known)* | 25-12370-nmc |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Connie Quick<br>c/o PR Diamond Products, Inc.<br>6625 S. Valley View Blvd., #114<br>Las Vegas, NV 89118 | |
| 26a.2.    Grossa and Associates, CPA<br>Attn: Michael Grossa<br>2445 Fire Mesa St #100<br>Las Vegas, NV 89128 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Leo Schafer<br>c/o PR Diamond Products, Inc.<br>6625 S. Valley View Blvd., Ste. 114-116<br>Las Vegas, NV 89118 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    PR Diamond Products, Inc.                                    Case number *(if known)*  25-12370-nmc

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leo Schafer | 6625 S. Valley View Blvd., #114 Las Vegas, NV 89118 | President/Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Schafer | 6625 S. Valley View Blvd. #114 Las Vegas, NV 89118 | Treasurer/Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| FreeStyle JetSki Ltd. | 6625 S. Valley View Blvd. #114 Las Vegas, NV 89118 | Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Exhibit SoFA #30 | | | |

| Relationship to debtor |
|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor      PR Diamond Products, Inc.                                    Case number *(if known)*   25-12370-nmc

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    PR Diamond Products, Inc.                                    Case number *(if known)*  25-12370-nmc

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May  9, 2025

/s/ Leo Schafer                                         Leo Schafer
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re    PR Diamond Products, Inc.                         Case No.    25-12370-nmc

                                            Debtor(s)                 Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    4,885.50 |
| Prior to the filing of this statement I have received | $    4,885.50 |
| Balance Due | $    0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):     Debtor's indirect owner, Leo Schafer, provided the retainer. Total pre-petition retainer of $30,000; counsel applied $4,885.50 to pre-petition fees and costs, thus leaving remaining balance of $25,144.50 to secure post petition fees and costs as may be allowed by Court per fee application.

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):     Same as above.

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May  9, 2025 | /s/ Matthew C. Zirzow |
| *Date* | Matthew C. Zirzow 7222 |
| | *Signature of Attorney* |
| | Larson & Zirzow, LLC |
| | 850 E. Bonneville Ave. |
| | Las Vegas, NV 89101 |
| | 702-382-1170  Fax: 702-382-1169 |
| | mzirzow@lzlawnv.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Nevada

In re   PR Diamond Products, Inc.

Debtor(s)

Case No.   25-12370-nmc
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| FreeStyle JetSki Ltd.<br>4495 W. Sunset Rd.<br>Las Vegas, NV 89118 | Equity | 100% | Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May  9, 2025

Signature   /s/ Leo Schafer

Leo Schafer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Creditors Added 5/9/2025**

BKM Management Group LP
c/o BKM GPMM, Inc., General Partner
1701 Quail Street, Ste. 100
Newport Beach, CA 92660

BKM Management Group LP
c/o BKM -206 GPMM, Inc., General Partner
1701 Quail Street, Ste. 100
Newport Beach, CA 92660

FreeStyle JetSki Ltd.
4495 W. Sunset Rd.
Las Vegas, NV 89118

Nevada Retail Network
Self Insured Group
575 S. Saliman Rd.
Carson City, NV 89701

Oregon Tool, Inc.
c/o Dubowsky Law Office, Chtd.
Attn: Peter Dubowsky, Esq.
300 S. Fourth Street, Ste. 1020
Las Vegas, NV 89101

The Hartford
Business Service Center
3600 Wiseman Blvd.
San Antonio, TX 78251

Vegas Industrial I TT, LLC
Attn: H. Herbert Myers
c/o Investcorp
280 Park Avenue, 36W
New York, NY 10017

# United States Bankruptcy Court
## District of Nevada

In re   PR Diamond Products, Inc.                                      Case No.   25-12370-nmc

                                        Debtor(s)                     Chapter   11


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   PR Diamond Products, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

FreeStyle JetSki Ltd.
4495 W. Sunset Rd.
Las Vegas, NV 89118


☐ None [*Check if applicable*]




May  9, 2025                                      /s/ Matthew C. Zirzow
Date                                             Matthew C. Zirzow 7222

                                                 Signature of Attorney or Litigant
                                                 Counsel for   PR Diamond Products, Inc.
                                                 Larson & Zirzow, LLC
                                                 850 E. Bonneville Ave.
                                                 Las Vegas, NV 89101
                                                 702-382-1170 Fax:702-382-1169
                                                 mzirzow@lzlawnv.com

# EXHIBIT – SOFA #3

## 90-Day Prepetition Payments

# EXHIBIT – SOFA #3

**PR Diamond Products, Inc.**
**SoFA Exhibit #3**
**90-day Prepetiton Payments**
**1/24/2025-4/24/2025**

**BKM  BKM MANAGEMENT COMPANY**

| | |
|---|---|
| 2/11/2025 | 3,836.58 |
| 2/14/2025 | 7,756.58 |
| 3/19/2025 | 7,960.74 |
| **19,553.90** | |

**FOX  FOX FUNDING GROUP**

| | |
|---|---|
| 1/27/2025 | 720.00 |
| 1/28/2025 | 720.00 |
| 1/29/2025 | 720.00 |
| 1/30/2025 | 720.00 |
| 1/31/2025 | 720.00 |
| 2/3/2025 | 1,440.00 |
| 2/4/2025 | 1,440.00 |
| 2/5/2025 | 720.00 |
| 2/6/2025 | 720.00 |
| 2/7/2025 | 720.00 |
| 2/10/2025 | 720.00 |
| 2/11/2025 | 720.00 |
| 2/15/2025 | 720.00 |
| 2/13/2025 | 720.00 |
| 2/14/2025 | 720.00 |
| 2/18/2025 | 720.00 |
| 2/19/2025 | 720.00 |
| 2/20/2025 | 720.00 |
| 2/21/2025 | 720.00 |
| 2/24/2025 | 720.00 |
| 2/25/2025 | 720.00 |
| 2/26/2025 | 720.00 |
| 2/27/2025 | 720.00 |
| 2/27/2025 | -720.00 |
| 2/28/2025 | 720.00 |
| 2/28/2025 | -720.00 |
| 3/3/2025 | 1,440.00 |
| 3/4/2025 | 1,440.00 |
| 3/5/2025 | 1,440.00 |
| 3/7/2025 | 869.00 |
| 3/10/2025 | 869.00 |
| 3/11/2025 | 869.00 |
| 3/12/2025 | 869.00 |
| 3/13/2025 | 869.00 |
| 3/14/2025 | 869.00 |
| 3/17/2025 | 869.00 |
| 3/18/2025 | 869.00 |
| 3/19/2025 | 869.00 |
| 3/20/2025 | 869.00 |
| 3/21/2025 | 869.00 |
| 3/24/2025 | 869.00 |
| 3/25/2025 | 869.00 |
| 3/26/2025 | 869.00 |
| 3/27/2025 | 869.00 |
| 3/28/2025 | 869.00 |

**PR Diamond Products, Inc.**
**SoFA Exhibit #3**
**90-day Prepetiton Payments**
**1/24/2025-4/24/2025**

| Date | Amount | |
|---|---|---|
| 4/1/2025 | 1,440.00 | |
| 4/2/2025 | 1,440.00 | |
| 4/3/2025 | 1,440.00 | |
| 4/4/2025 | 1,440.00 | |
| 4/7/2025 | 1,440.00 | |
| 4/8/2025 | 1,440.00 | |
| 4/9/2025 | 969.00 | |
| 4/10/2025 | 969.00 | |
| 4/11/2025 | 969.00 | |
| 4/14/2025 | 969.00 | |
| 4/15/2025 | 969.00 | |
| 4/16/2025 | 969.00 | |
| 4/17/2025 | 969.00 | |
| 4/18/2025 | 969.00 | |
| 4/21/2025 | 969.00 | |
| 4/22/2025 | 969.00 | |
| 4/23/2025 | 969.00 | |
| 4/24/2025 | 969.00 | |
| | **55,772.00** | |

**P  PIONEER TOOLS**

| | Invoice Date: | **3/20/2025** | 6,919.61 |
|---|---|---|---|
| | 1/31/2024 | 1,172.73 | |
| | 2/20/2024 | 19.11 | |
| | 3/23/2024 | 22.62 | |
| | 3/23/2024 | 88.20 | |
| | 8/26/2024 | 2,936.00 | |
| | 10/29/2024 | 3,767.60 | |
| | 11/13/2024 | 9.45 | |
| | 11/26/2024 | 37.90 | |
| | 10/11/2024 | -1,134.00 | |
| | | **4/4/2025** | 10,432.67 |
| | 8/26/2024 | 648.24 | |
| | 8/26/2024 | 38.85 | |
| | 9/9/2024 | 9,745.58 | |
| | | **4/10/2025** | 4,910.00 |
| | 9/17/2024 | 3,573.75 | |
| | 9/23/2024 | 1,336.25 | |
| | | **4/16/2025** | 4,000.00 |
| | 9/23/2024 | 4,000.00 | |
| | | **4/16/2025** | 837.74 |
| | 9/23/2024 | 837.74 | |
| | | **3/24/2025** | 0.00 |
| | 8/21/2023 | 0.82 | |
| | 4/9/2024 | 0.01 | |
| | 7/30/2024 | 0.63 | |
| | 8/26/2024 | -1.46 | |
| | **$32,100.02** | | |

**WW  WORLDWIDE EXPRESS**

| | Invoice Date: | **2/21/2025** | 454.73 |
|---|---|---|---|
| | 12/4/2024 | 454.73 | |

**PR Diamond Products, Inc.**
**SoFA Exhibit #3**
**90-day Prepetiton Payments**
**1/24/2025-4/24/2025**

|            |              |          |
|------------|--------------|----------|
|            | **1/30/2025**| 778.55   |
| 11/27/2024 | 778.55       |          |
|            | **2/28/2025**| 853.16   |
| 12/11/2024 | 853.16       |          |
|            | **3/3/2025** | 783.12   |
| 12/18/2024 | 783.12       |          |
|            | **3/7/2025** | 1,042.58 |
| 12/25/2024 | 404.05       |          |
| 1/1/2025   | 638.53       |          |
|            | **3/24/2025**| 1,178.74 |
| 1/8/2025   | 711.49       |          |
| 1/15/2025  | 467.25       |          |
|            | **4/4/2025** | 1,289.85 |
| 1/22/2025  | 172.93       |          |
| 1/29/2025  | 675.32       |          |
| 2/5/2025   | 441.60       |          |
|            | **4/14/2025**| 1,155.58 |
| 2/12/2025  | 469.63       |          |
| 2/26/2025  | 495.57       |          |
| 3/5/2025   | 190.38       |          |
|            | **4/22/2025**| 1,153.09 |
| 2/19/2025  | 1,153.09     |          |
| **8,689.40** |            |          |

# EXHIBIT – SOFA #30

## Insider Payments

# EXHIBIT – SOFA #30

**Check History Report**
**Sorted By Check Number**
**Activity From: 4/25/2024 to 4/25/2025**

### Loan Reimbursement

PR Diamond Products, Inc. (PRD)

**Bank Code:** B

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 0000000609 | 6/10/2024 | SCHAFER | LEO OR KATIE SCHAFER | 7,000.00 | Auto |
| 0000000614 | 6/12/2024 | SCHAFER | LEO OR KATIE SCHAFER | 750.00 | Auto |
| 0000000628 | 6/28/2024 | SCHAFER | LEO OR KATIE SCHAFER | 6,500.00 | Auto |
| 0000000728 | 7/25/2024 | SCHAFER | LEO OR KATIE SCHAFER | 2,000.00 | Auto |
| 0000000925 | 10/10/2024 | SCHAFER | LEO OR KATIE SCHAFER | 4,000.00 | Auto |
| 0000000943 | 10/17/2024 | SCHAFER | LEO OR KATIE SCHAFER | 1,200.00 | Auto |
| 0000001050 | 11/25/2024 | SCHAFER | LEO OR KATIE SCHAFER | 1,500.00 | Auto |
| 0000001303 | 3/13/2025 | SCHAFER | LEO OR KATIE SCHAFER | 1,000.00 | Auto |
| 0000068556 | 2/25/2025 | SCHAFER | LEO OR KATIE SCHAFER | 10,500.00 | Auto |

| | | |
|---|---|---|
| **Bank B Total:** | 34,450.00 |
| **Report Total:** | 34,450.00 |

**Check History Report**
**Sorted by Employee Number**
**Check Details for Check Dates between 4/25/2024 and 4/25/2025**

PR Diamond Products, Inc. (PRD)

Social Security Number: ***-**-6191

SCHAFER SCHAFER, LEO

| Employee/ Check | Check Date | Period End Date | Regular Hours | Total Hours | Gross Earnings | Federal Withholding | Social Security Tax | Medicare Tax | State Withholding | Disability Tax | Other Deductions | Other Taxes | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000068149 | 5/3/2024 | 5/1/2024 | 0.00 | 0.00 | 3,500.00 | 257.51 | 211.90 | 49.56 | 0.00 | 0.00 | 820.43 | 0.00 | 2,160.60 |
| 0000068149 | 5/3/2024 | 5/1/2024 | 0.00 | 0.00 | 3,500.00- | 257.51- | 211.90- | 49.56- | 0.00 | 0.00 | 820.43- | 0.00 | 2,160.60- |
| 0000068155 | 5/3/2024 | 5/1/2024 | 0.00 | 0.00 | 3,500.00 | 257.51 | 211.90 | 49.56 | 0.00 | 0.00 | 820.43 | 0.00 | 2,160.60 |
| 0000068173 | 5/16/2024 | 5/15/2024 | 0.00 | 0.00 | 3,500.00 | 257.51 | 211.90 | 49.56 | 0.00 | 0.00 | 820.43 | 0.00 | 2,160.60 |
| 0000068173 | 5/16/2024 | 5/15/2024 | 0.00 | 0.00 | 3,500.00- | 257.51- | 211.90- | 49.56- | 0.00 | 0.00 | 820.43- | 0.00 | 2,160.60- |
| 0000068173 | 5/16/2024 | 5/15/2024 | 0.00 | 0.00 | 3,500.00 | 257.51 | 211.90 | 49.56 | 0.00 | 0.00 | 820.43 | 0.00 | 2,160.60 |
| 0000068204 | 5/31/2024 | 5/29/2024 | 0.00 | 0.00 | 3,500.00 | 257.51 | 211.90 | 49.56 | 0.00 | 0.00 | 820.43 | 0.00 | 2,160.60 |
| 0000068234 | 6/14/2024 | 6/12/2024 | 0.00 | 0.00 | 4,000.00 | 317.51 | 242.90 | 56.81 | 0.00 | 0.00 | 820.43 | 0.00 | 2,562.35 |
| 0000068234 | 6/14/2024 | 6/12/2024 | 0.00 | 0.00 | 4,000.00- | 317.51- | 242.90- | 56.81- | 0.00 | 0.00 | 820.43- | 0.00 | 2,562.35- |
| 0000068243 | 6/14/2024 | 6/12/2024 | 0.00 | 0.00 | 4,000.00 | 317.51 | 242.90 | 56.81 | 0.00 | 0.00 | 820.43 | 0.00 | 2,562.35 |
| 0000068255 | 6/28/2024 | 6/26/2024 | 0.00 | 0.00 | 2,500.00 | 137.51 | 149.90 | 35.06 | 0.00 | 0.00 | 820.43 | 0.00 | 1,357.10 |
| 0000001006 | 7/11/2024 | 7/10/2024 | 0.00 | 0.00 | 3,000.00 | 197.51 | 180.90 | 42.31 | 0.00 | 0.00 | 82.26 | 0.00 | 2,497.02 |
| 0000001014 | 7/26/2024 | 7/24/2024 | 0.00 | 0.00 | 2,850.00 | 185.99 | 174.95 | 40.91 | 0.00 | 0.00 | 28.30 | 0.00 | 2,419.85 |
| 0000068332 | 8/9/2024 | 8/7/2024 | 0.00 | 0.00 | 1,800.00 | 66.31 | 110.74 | 25.90 | 0.00 | 0.00 | 13.86 | 0.00 | 1,583.19 |
| 0000000795 | 8/22/2024 | 8/21/2024 | 0.00 | 0.00 | 1,750.00 | 61.31 | 107.64 | 25.17 | 0.00 | 0.00 | 13.86 | 0.00 | 1,542.02 |
| 0000068390 | 9/6/2024 | 9/4/2024 | 0.00 | 0.00 | 5,000.00 | 469.34 | 309.14 | 72.30 | 0.00 | 0.00 | 13.86 | 0.00 | 4,135.36 |
| 0000068406 | 9/20/2024 | 9/18/2024 | 0.00 | 0.00 | 5,000.00 | 469.34 | 309.14 | 72.30 | 0.00 | 0.00 | 13.86 | 0.00 | 4,135.36 |
| 0000068415 | 10/4/2024 | 10/2/2024 | 0.00 | 0.00 | 5,000.00 | 469.34 | 309.14 | 72.30 | 0.00 | 0.00 | 13.86 | 0.00 | 4,135.36 |
| 0000068449 | 10/18/2024 | 10/16/2024 | 0.00 | 0.00 | 2,000.00 | 86.31 | 123.14 | 28.80 | 0.00 | 0.00 | 13.86 | 0.00 | 1,747.89 |
| 0000068454 | 11/1/2024 | 10/30/2024 | 0.00 | 0.00 | 3,900.00 | 313.72 | 240.94 | 56.35 | 0.00 | 0.00 | 13.86 | 0.00 | 3,275.13 |
| 0000068459 | 11/15/2024 | 11/13/2024 | 0.00 | 0.00 | 3,000.00 | 205.72 | 185.14 | 43.30 | 0.00 | 0.00 | 13.86 | 0.00 | 2,551.98 |
| 0000068463 | 11/29/2024 | 11/27/2024 | 0.00 | 0.00 | 4,000.00 | 325.72 | 247.14 | 57.80 | 0.00 | 0.00 | 13.86 | 0.00 | 3,355.48 |
| 0000068535 | 12/13/2024 | 12/11/2024 | 0.00 | 0.00 | 3,500.00 | 265.72 | 216.14 | 50.55 | 0.00 | 0.00 | 13.86 | 0.00 | 2,953.73 |
| 0000068539 | 12/27/2024 | 12/25/2024 | 0.00 | 0.00 | 2,000.00 | 86.31 | 123.14 | 28.80 | 0.00 | 0.00 | 13.86 | 0.00 | 1,747.89 |
| 0000068542 | 1/10/2025 | 1/8/2025 | 0.00 | 0.00 | 2,500.00 | 141.53 | 154.14 | 36.05 | 0.00 | 0.00 | 13.86 | 0.00 | 2,154.42 |
| 0000068548 | 1/24/2025 | 1/22/2025 | 0.00 | 0.00 | 1,000.00 | 0.00 | 61.14 | 14.30 | 0.00 | 0.00 | 13.86 | 0.00 | 910.70 |
| 0000068551 | 2/7/2025 | 2/5/2025 | 0.00 | 0.00 | 2,500.00 | 141.53 | 154.14 | 36.05 | 0.00 | 0.00 | 13.86 | 0.00 | 2,154.42 |
| 0000068654 | 2/21/2025 | 2/19/2025 | 0.00 | 0.00 | 3,000.00 | 201.53 | 185.14 | 43.30 | 0.00 | 0.00 | 13.86 | 0.00 | 2,556.17 |
| 0000068615 | 3/7/2025 | 3/5/2025 | 0.00 | 0.00 | 3,000.00 | 201.53 | 185.14 | 43.30 | 0.00 | 0.00 | 13.86 | 0.00 | 2,556.17 |
| 0000068618 | 3/21/2025 | 3/19/2025 | 0.00 | 0.00 | 3,500.00 | 261.53 | 216.14 | 50.55 | 0.00 | 0.00 | 13.86 | 0.00 | 2,957.92 |
| 0000068622 | 4/4/2025 | 4/2/2025 | 0.00 | 0.00 | 1,750.00 | 58.23 | 107.64 | 25.17 | 0.00 | 0.00 | 13.86 | 0.00 | 1,545.10 |
| 0000068624 | 4/18/2025 | 4/16/2025 | 0.00 | 0.00 | 2,000.00 | 83.23 | 123.14 | 28.80 | 0.00 | 0.00 | 13.86 | 0.00 | 1,750.97 |
| **Report Total:** | | | 0.00 | 0.00 | 79,050.00 | 5,519.30 | 4,852.41 | 1,134.86 | 0.00 | 0.00 | 4,476.05 | 0.00 | 63,067.38 |
| | | | | | 79,050.00 | 5,519.30 | 4,852.41 | 1,134.86 | 0.00 | 0.00 | 4,476.05 | 0.00 | 63,067.38 |

**Check History Report**
**Sorted By Check Number**
**Activity From: 4/25/2024 to 4/25/2025**
**Insider-Company owned by Debtor's principal**

**PR Diamond Products, Inc. (PRD)**

**Bank Code:** B

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 0000000892 | 10/1/2024 | TS | TOOL SERVICE | 3,000.00 | Auto |
| 0000000893 | 10/1/2024 | TS | TOOL SERVICE | 1,000.00 | Auto |
| 0000000908 | 10/3/2024 | TS | TOOL SERVICE | 1,000.00 | Auto |
| 0000000917 | 10/9/2024 | TS | TOOL SERVICE | 2,000.00 | Auto |
| 0000001051 | 11/25/2024 | TS | TOOL SERVICE | 1,000.00 | Auto |
| 0000001062 | 11/29/2024 | TS | TOOL SERVICE | 1,000.00 | Auto |
| 0000001063 | 11/29/2024 | TS | TOOL SERVICE | 1,000.00 | Auto |
| 0000001072 | 11/13/2024 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001099 | 12/17/2024 | TS | TOOL SERVICE | 5,000.00 | Auto |
| 0000001099 | 12/17/2024 | TS | TOOL SERVICE | 5,000.00- | Reversal |
| 0000001133 | 1/13/2025 | TS | TOOL SERVICE | 700.00 | Auto |
| 0000001164 | 1/15/2025 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001230 | 2/11/2025 | TS | TOOL SERVICE | 3,300.00 | Auto |
| 0000001246 | 2/19/2025 | TS | TOOL SERVICE | 400.00 | Auto |
| 0000001254 | 2/21/2025 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001257 | 2/24/2025 | TS | TOOL SERVICE | 400.00 | Auto |
| 0000001263 | 2/26/2025 | TS | TOOL SERVICE | 1,500.00 | Auto |
| 0000001298 | 3/12/2025 | TS | TOOL SERVICE | 50.00 | Auto |
| 0000001322 | 3/20/2025 | TS | TOOL SERVICE | 1,800.00 | Auto |
| 0000001330 | 3/24/2025 | TS | TOOL SERVICE | 700.00 | Auto |
| 0000001339 | 3/27/2025 | TS | TOOL SERVICE | 169.86 | Auto |
| | | | **Bank B Total:** | 20,519.86 | |

**Check History Report**
**Sorted By Check Number**
**Activity From: 4/25/2024 to 4/25/2025**

**PR Diamond Products, Inc. (PRD)**

**Bank Code:** D

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 0000000978 | 11/5/2024 | TS | TOOL SERVICE | 5,000.00 | Auto |
| 0000001039 | 11/21/2024 | TS | TOOL SERVICE | 400.00 | Auto |
| 0000001064 | 12/2/2024 | TS | TOOL SERVICE | 1,500.00 | Auto |
| 0000001065 | 12/16/2024 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001099 | 12/17/2024 | TS | TOOL SERVICE | 5,000.00 | Auto |
| 0000001134 | 1/13/2025 | TS | TOOL SERVICE | 1,200.00 | Auto |
| 0000001135 | 1/15/2025 | TS | TOOL SERVICE | 1,483.57 | Auto |
| 0000001136 | 1/15/2025 | TS | TOOL SERVICE | 1,238.15 | Auto |
| 0000001137 | 1/15/2025 | TS | TOOL SERVICE | 400.00 | Auto |
| 0000001244 | 2/18/2025 | TS | TOOL SERVICE | 200.00 | Auto |
| 0000001264 | 2/20/2025 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001276 | 3/5/2025 | TS | TOOL SERVICE | 300.00 | Auto |
| 0000001305 | 3/14/2025 | TS | TOOL SERVICE | 1,500.00 | Auto |
| 0000001308 | 3/18/2025 | TS | TOOL SERVICE | 500.00 | Auto |
| 0000001309 | 3/19/2025 | TS | TOOL SERVICE | 200.00 | Auto |
| 0000001331 | 3/25/2025 | TS | TOOL SERVICE | 5,020.00 | Auto |

| | | | **Bank D Total:** | 24,941.72 |
|---|---|---|---|---|
| | | | **Report Total:** | 45,461.58 |